*Carroll* for petitioner. *Mr. W. J. Waguespack* for respondent.

No. 906. PEOPLES LIFE INS. Co. *v.* WHITESIDE, ADMINISTRATRIX, ET AL. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William Lipscomb* for petitioner. *Mr. Ogden K. Shannon* for respondents.

No. 922. PACIFIC-ATLANTIC STEAMSHIP CO. ET AL. *v.* WEYERHAEUSER TIMBER CO. ET AL. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Cletus Keating, William H. McGrann,* and *Richard Sullivan* for petitioners. *Messrs. T. Catesby Jones, D. Roger Englar, James W. Ryan, J. M. Richardson Lyeth, Chauncey I. Clark,* and *Burton H. White* for respondents.

No. 967. WIL-LOW CAFETERIAS, INC., ET AL. *v.* 650 MADISON AVENUE CORP. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William M. Chadbourne, Samuel C. Duberstein,* and *Samuel Miller* for petitioners. *Messrs. William D. Mitchell, Rollin Browne,* and *Henry L. Glenn* for respondent.

No. 943. CONWAY *v.* ALLEN, JUDGE, ET AL. See *ante,* p. 547.

No. 958. BLUMGART ET AL. *v.* ST. LOUIS-SAN FRANCISCO RY. Co. May 16, 1938. Petition for writ of certiorari to